IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LEE A. FOSTER, JR.  PLAINTIFF
ADC #142627

v.  Case No. 4:23-CV-00181-LPR

DEXTER PAYNE, et al.  DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommendations (PFR) submitted by United States Magistrate Judge Joe J. Volpe and Mr. Foster's objections thereto.[1] After carefully considering the objections and making a *de novo* review of the PFR and the record, the Court concludes that the PFR should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Plaintiff's Motion for Preliminary Injunctive Relief is DENIED.[2]

IT IS SO ORDERED this 12th day of July 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] PFR (Doc. 27); Pl.'s Objs. (Doc. 28). This Order does not address the other live and ripe Partial Recommended Disposition (Doc. 26). The Court will address that Partial Recommended Disposition shortly in a separate order.

[2] Doc. 20.