IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| **LEE A. FOSTER, JR.**<br>ADC #142627 | | **PLAINTIFF** |
| v. | No. 4:23-CV-00181-LPR-JJV | |
| **DEXTER PAYNE, et al.** | | **DEFENDANTS** |

## ORDER

The Court has reviewed the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Joe J. Volpe and the Plaintiff's Objections.[1] After a *de novo* review of the PRD, as well as careful consideration of the Plaintiff's Objections and the case record, the Court hereby approves and adopts the PRD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Defendants' Motion for Summary Judgment (Doc. 53) is GRANTED in part and DENIED in part. Plaintiff may proceed with his due process, inhumane conditions, and equal protection claims against Defendants Knight, Wade, and Coleman. Plaintiff's retaliation claims against all Defendants, and his corrective inaction claims against Defendants Payne and Musselwhite, are DISMISSED without prejudice. Defendants Payne and Musselwhite are DISMISSED without prejudice as Defendants in this case. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

---

[1] Docs. 59 & 60. Defendants initially requested an extension of time to file objections, which the Court granted. *See* Defs.' Mot. to Extend Time (Doc. 61); September 6, 2023 Order (Doc. 62). Ultimately, however, "[a]fter reviewing the [PRD]," the Defendants decided they "no longer wish[ed] to file Objections." Defs.' Notice to Court (Doc. 63).

1

IT IS SO ORDERED this 16th day of November 2023.

                                                                                    _____  
                                                                                    LEE P. RUDOFSKY  
                                                                                    UNITED STATES DISTRICT JUDGE