IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LEE A. FOSTER, JR.**  **PLAINTIFF**
**ADC #142627**

v.                                           No. 4:23-cv-00181-LPR

**DEXTER PAYNE, et al.**                                           **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Joe J. Volpe (Doc. 99) and the Plaintiff's Objections (Doc. 100). After a *de novo* review of the RD, along with careful consideration of the Objections and the entire record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Defendants' Motion for Summary Judgment (Doc. 93) is GRANTED. Plaintiff's conditions of confinement, due process, and equal protection claims against Defendants Coleman, Wade, and Knight are DISMISSED with prejudice. The Clerk is directed to close this case. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 5th day of November 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE